[No. 3116-1.    Division One.    March 15, 1976.]

*In the Matter of the Estate of* John L. Frey.
Ivan E. Merrick, *Appellant,* v. Seattle-First National Bank, *as Executor, Respondent.*

Appeal from a judgment of the Superior Court for King County, No. E-215073, Janice Niemi, J., entered June 11, 1974. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, C.J., and Callow, J.

[No. 3440-1.    Division One.    March 15, 1976.]

The State of Washington, *Respondent,* v. Candace D. Cunniff, et al, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 68466, Frank H. Roberts, Jr., J., entered November 19, 1974. *Affirmed* by unpublished opinion per Callow, J., concurred in by James and Swanson, JJ.

[No. 3625-1.    Division One.    March 15, 1976.]

The State of Washington, *Respondent,* v. William K. Kumbera, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 6342, Robert C. Bibb, J., entered January 29, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 3406-1.    Division One.    March 15, 1976.]

Teratron General, et al, *Appellants,* v. Institutional Investors Trust, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 785609, Jerome M. Johnson, J., entered November 18, 1974. *Affirmed* by unpublished per curiam opinion.